FILED: April 22, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-1021 (L)
(8:06-cv-02266-AW)

_____

SHANE FELDMAN; BRIAN KELLY; PAUL SINGLETON

    Plaintiffs - Appellees

v.

PRO FOOTBALL, INCORPORATED; WFI STADIUM, INCORPORATED

    Defendants - Appellants

_____

No. 09-1023
(8:06-cv-02266-AW)

_____

SHANE FELDMAN; BRIAN KELLY; PAUL SINGLETON

    Plaintiffs - Appellants

v.

PRO FOOTBALL, INCORPORATED; WFI STADIUM, INCORPORATED

    Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Davis and Chief District Judge Beaty. Judge Michael participated in the decision of this case, but passed away before consideration of the petition for rehearing and petition for rehearing en banc.

        For the Court

        /s/ Patricia S. Connor, Clerk